UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS NURSES ASSOCIATION,<br>    Plaintiff,<br><br>v.<br><br>NORTH ADAMS REGIONAL HOSPITAL,<br>    Defendant. | Civil Action No. 05-30145-MAP |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned as counsel for Defendant North Adams Regional Hospital in the above-captioned matter.

Respectfully Submitted,

**NORTH ADAMS REGIONAL HOSPITAL**

By its attorneys,

_____
Robert B. Gordon (BBO #549258)
David C. Potter (BBO #644610)
  Ropes & Gray LLP
  One International Place
  Boston, MA 02110-2624
  (617) 951-7000

Dated: June 28, 2005

Certificate of Service

I hereby certify that on June 28, 2005, a true and correct copy of the foregoing document was served upon the attorney of record, Alan J. McDonald, Esq. and Mark A. Hickernell, Esq., McDonald & Associates, Suite 210, Cordaville Office Center, 153 Cordaville Road, Southborough, MA 01772, by first-class mail.

_____
David C. Potter, Esq.

9759260-1      - 1 -