UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS NURSES ASSOCIATION,<br>          Plaintiff,<br><br>v.<br><br>NORTH ADAMS REGIONAL HOSPITAL,<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-30145-MAP<br>)<br>)<br>)<br>)<br>) |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT
FOR DEFENDANT NORTH ADAMS REGIONAL HOSPITAL**

Pursuant to Fed. R. Civ. P. 7.1, Defendant North Adams Regional Hospital states as follows:

1. Northern Berkshire Healthcare is the parent corporation of North Adams Regional Hospital;

2. There is no publicly held corporation that owns 10% or more of North Adams Regional Hospital.

Respectfully Submitted,

**NORTH ADAMS REGIONAL HOSPITAL**

By its attorneys,

/s/ Robert B. Gordon

Robert B. Gordon (BBO #549258)
David C. Potter (BBO #644610)
  Ropes & Gray LLP
  One International Place
  Boston, MA  02110-2624
  (617) 951-7000

Dated: June 28, 2005

9759262_1                          - 1 -

- 2 -

## Certificate of Service

I hereby certify that on June 28, 2005, a true and correct copy of the foregoing document was served upon the attorney of record, Alan J. McDonald, Esq. and Mark A. Hickernell, Esq., McDonald & Associates, Suite 210, Cordaville Office Center, 153 Cordaville Road, Southborough, MA 01772, by first-class mail.

_____
David C. Potter, Esq.