AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

————————————— DISTRICT OF —————————————

Massachusetts Nurses Association

v.

North Adams Regional Hospital, Inc.

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 05-30145-MAP

**NOTICE**

To: Fernand J. Dupere, Jr., Esq. for
North Adams Regional Hospital, Inc., 71 Hospital Avenue, N. Adams, MA 01247
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on June 27, 2005.
Date

_Fernand J. Dupere, Jr., Esq_
Signature of Sender

Mark A. Hickernell, BBO #638005
Name of Sender

McDonald & Associates
153 Cordaville Road
Southborough, MA 01772-1834
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on June 22, 2005 at 223 College Highway, Southampton, MA 01073
Date of Receipt                                              Address

June 22, 2005
Date of Signature

_Cynthia Price_
Signature

Cynthia Price
Name (Please Type or Print)

223 College Highway
Southampton, MA 01073
Current Address

Legal Secretary to Fernand J. Dupere, Jr.
Relationship of Entity Served or Authority to Receive Service of Process

Fernand J. Dupere, Jr.
Labor Counsel - North Adams Regional Hospital