UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS NURSES
ASSOCIATION,

     Plaintiff

v.                                          Civil Action No. 05-30145-MAP

NORTH ADAMS REGIONAL
HOSPITAL,

     Defendant

**PLAINTIFF MASSACHUSETTS NURSES ASSOCIATION'S
ASSENTED-TO MOTION TO ENLARGE DEADLINE FOR FILING OPPOSITION
TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

The Plaintiff, Massachusetts Nurses Association ("Association"), hereby

moves for a one-week enlargement of the deadline for filing its Opposition to

the Motion for Judgment on the Pleadings or, in the Alternative, For Summary

Judgment filed by the Defendant, North Adams Regional Hospital to July 29,

2005. There is good cause to grant this Motion, as the undersigned will be on

vacation for a significant portion of the time allotted by rule for a response, and

as the enlargement requested is modest. The undersigned has conferred with

counsel for the Defendant by telephone on July 13, and counsel for the

Defendant ASSENTED to this request.

Respectfully submitted

On behalf of the Plaintiff,
Massachusetts Nurses Association

By its attorneys

Alan J. McDonald, BBO #330960
Mark A. Hickernell, BBO #638005
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772
(508) 485-6600

Date:  July 14, 2005

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiff Massachusetts Nurses Association conferred with Defendant North Adams Regional Hospital counsel, Robert Gordon, concerning this Motion, and obtained the Defendants assent thereto.

Date:  July 14, 2005                        Mark A. Hickernell

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, a true and accurate copy of the foregoing document was served upon counsel for the Defendant, Robert B. Gordon, Esq. and David C. Potter, Esq., Ropes & Gray LLP, One International Place, Boston Massachusetts  02110-2624 by first-class mail postage prepaid.

Date:  July 14, 2005                        Mark A. Hickernell

2