UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS NURSES ASSOCIATION,<br>   Plaintiff,<br><br>v.<br><br>NORTH ADAMS REGIONAL HOSPITAL,<br>   Defendant. | Civil Action No. 05-30145-MAP |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE
A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS
MOTION FOR JUDGMENT ON THE PLEADINGS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to the provisions of Local Rule 7.1(B)(3) of the United States District Court for the District Court of Massachusetts, Defendant North Adams Regional Hospital (the "Defendant") hereby moves for leave to file a Reply Memorandum in further support of its Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment. A copy of Defendant's Proposed Reply Memorandum is attached hereto. Plaintiff has assented to the filing of this Reply Memorandum. In support of its Motion, Defendant submits that the accompanying Reply Memorandum will assist the Court in resolving the issues raised in Defendant's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment and Plaintiff's Opposition thereto.

Respectfully Submitted,

NORTH ADAMS REGIONAL HOSPITAL

By its attorneys,

_____
Robert B. Gordon (BBO #549258)
David C. Potter (BBO #644610)
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

Dated: August 15, 2005

9789535_2

### Rule 7.1 Certification

Pursuant to Local Rule 7.1(A)(2), counsel for Defendant North Adams Regional Hospital have conferred with Plaintiff Massachusetts Nurses Association's counsel, Mark A. Hickernell, concerning this Motion. Plaintiff has assented to the filing of this motion and to Defendant filing a Reply Memorandum.

_____
Robert B. Gordon, Esq.

### Certificate of Service

I hereby certify that on August 15, 2005, a true and correct copy of the foregoing document was served upon the attorneys of record, Alan J. McDonald, Esq. and Mark A. Hickernell, Esq., McDonald & Associates, Suite 210, Cordaville Office Center, 153 Cordaville Road, Southborough, MA 01772, by Federal Express.

_____
Robert B. Gordon, Esq.