UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS NURSES ASSOCIATION,<br>　　　　Plaintiff,<br><br>v.<br><br>NORTH ADAMS REGIONAL HOSPITAL,<br>　　　　Defendant. | Civil Action No. 05-30145-MAP |

## MOTION FOR LEAVE TO FILE FIRST AMENDED VERIFIED ANSWER

Pursuant to the provisions of Fed. R. Civ. P. 15(a), Defendant North Adams Regional Hospital (the "Hospital") hereby seeks to leave to file its First Amended Verified Answer. Although Plaintiff has refused to assent to this Motion, Defendant submits that the interests of justice require that it be permitted to present all relevant facts in its pleading, verified by an agent of the Hospital with first-hand knowledge of same.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　NORTH ADAMS REGIONAL HOSPITAL

　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Robert B. Gordon (BBO #549258)
　　　　　　　　　　　　　　　　　David C. Potter (BBO #644610)
　　　　　　　　　　　　　　　　　　Ropes & Gray LLP
　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　Boston, MA  02110-2624
Dated: August 15, 2005　　　　　　 (617) 951-7000

9791410_1

- 2 -

### Certificate of Service

I hereby certify that on August 15, 2005, a true and correct copy of the foregoing document was served upon the attorneys of record, Alan J. McDonald, Esq. and Mark A. Hickernell, Esq., McDonald & Associates, Suite 210, Cordaville Office Center, 153 Cordaville Road, Southborough, MA 01772, by Federal Express.

/s/ Robert B. Gordon
Robert B. Gordon, Esq.