UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS NURSES
ASSOCIATION,
        Plaintiff(s)

v.                            CIVIL ACTION: 05-30145-KPN

NORTH ADAMS REGIONAL
HOSPITAL
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

NEIMAN, U.S.M.J.;

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    JUDGMENT entered for the Defendant pursuant to the Memorandum and Order of the Court entered on October 24, 2005, granting the Defendant's motion for judgment on the pleadings or, in the alternative, for summary judgment, the motion having been construed as a motion for judgment on the pleadings.

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: October 25, 2005        By   /s/ Mary Finn
                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                       [jgm.]