UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS NURSES
ASSOCIATION,

    Plaintiff

v.

NORTH ADAMS REGIONAL
HOSPITAL,

    Defendant

Civ. No. 05-30145-KPN

FILING FEE PAID:
RECEIPT # 30610 4
AMOUNT $ 255.00
BY DPTY CLK _____
DATE 11/23/05

**NOTICE OF APPEAL**

Notice is hereby given that Massachusetts Nurses Association, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment of the court entered in this action on October 24, 2005.

    Respectfully submitted,

    On behalf of the Plaintiff

    Massachusetts Nurses Association

    By its attorney

    _____
    Mark A. Hickernell, BBO #635008
    McDonald & Associates
    Cordaville Office Center
    153 Cordaville Road, Suite 210
    Southborough, MA 01772
    (508) 485-6600

Date: November 22, 2005

## CERTIFICATE OF SERVICE

    I, Mark A. Hickernell, hereby certify that I have this day by first-class mail, postage prepaid, served a copy of the foregoing document upon Robert B. Gordon, Esq., and David C. Potter, Esq., Ropes & Gray LLP, One International Place, Boston, MA 02110-2624.

Dated: November 22, 2005

_____
Mark A. Hickernell