# United States Court of Appeals
## For the First Circuit

No. 05-2799



MASSACHUSETTS NURSES ASSOCIATION,

Plaintiff, Appellant,

v.

NORTH ADAMS REGIONAL HOSPITAL,

Defendant, Appellee.

**JUDGMENT**

Entered: October 26, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. McDonald, Mr. Hickernell, Mr. Potter, & Mr. Gordon.]